## HARRIS V. THE STATE.

### *Habeas Corpus.*

(Decided May 19, 1906.   41 So. Rep. 416.)

Appeal from Jefferson Criminal Court.
Heard before Hon. D. A. Greene.

Charles Denegree, for appellant.
Massey Wilson, Attorney General, for State.
Affirmed.
Opinion by Dowdell, J.
Weakley, C. J., Haralson and Simpson, JJ., concur.